STATE OF NEW JERSEY IN THE INTEREST OF R. N. H.

November 27, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. RYLAND MICHENER.

November 27, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. WENDY GROELLY.

November 27, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. CARL COLE.

November 27, 1978. Petition for certification denied. (See 154 *N. J. Super.* 138)

EMORY A. JOHNSON v. GARY J. HILTON.

November 27, 1978. Petition for certification denied.

EMORY A. JOHNSON v.
GARY J. HILTON AND VITO CASARELLA.

November 27, 1978. Petition for certification denied.